UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HENOK A. MENGESHA ) ) ) Plaintiff, ) ) v. ) ) BENIDIA RICE ) *In her official and* ) *individual capacity*, *et al.*, ) ) Defendants. ) ) | Civil Action No. 21-1636 (ABJ) |

**ORDER**

On June 12, 2021, plaintiff Henok Mengesha, proceeding *pro se*, filed this complaint against the District of Columbia and Benidia Rice, Magda Benfield, James Kevin McIntyre, Nicole Reece, and Yajaira Briganty, in their official and individual capacities as employees of the Child Support Services Division of the D.C. Office of the Attorney General. Compl. [Dkt. # 1]. Plaintiff also filed a notice of related case, *Mengesha v. Rice*, Case No. 19-cv-3304, which involves the same parties and concerns the same issue regarding the enforcement of a child support order issued by the Superior Court of the District of Columbia in 2009. *See* Notice [Dkt. # 2].

In the related case, the Court's November 30, 2020 Order granted defendants' motion to dismiss, and the Court's March 1, 2021 Memorandum Opinion and Order denied plaintiff's motion for reconsideration of that decision. *See also Mengesha v. Rice*, 2020 WL 7024207 (D.D.C. Nov. 30, 2020); *Mengesha v. Rice*, 2021 WL 1255009 (D.D.C. Mar. 1, 2021). On March 29, 2021, plaintiff appealed the decisions to the U.S. Court of Appeals for the District of Columbia Circuit. Notice of Appeal [Dkt. # 45], *Mengesha v. Rice*, Case No. 19-cv-3304.

The notice of related case reveals that plaintiff is well aware of the overlap between the two cases. Since the new complaint raises issues this Court already resolved, and which are awaiting consideration by the D.C. Circuit, the Court was of the view that the case should be stayed pending appeal, and it issued an order on June 24, 2021, directing plaintiff to provide any reasons by July 15, 2021, why, in his view, the matter should not be stayed. *See* Min. Order (June 24, 2021). At the same time, because plaintiff has two different addresses listed in the complaint, plaintiff was ordered to confirm his permanent mailing address by the same date. *Id.* To date, plaintiff has not responded to either directive.

Therefore, it is

**ORDERED** that this case is stayed pending the resolution of the appeal of the related case, *Mengesha v. Rice*, Case No. 19-cv-3304. It is

**FURTHER ORDERED** that plaintiff must show cause why this case should not be dismissed for want of prosecution by August 16, 2021, given his failure to respond to the Court's June 24, 2021 Order.

AMY BERMAN JACKSON
United States District Judge

DATE: July 26, 2021